IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA				Date:	November 4, 2015

vs.							Case No.: 13-4068-01-CR-C-BCW

NATHAN MACVITTIE

Honorable Brian C. Wimes, presiding at Jefferson City, Missouri

Nature of Hearing:   Sentencing

Time Commenced: 9:37 am					Time Terminated: 10:11 am

APPEARANCES

Plaintiff's counsel: Lauren Kummerer, AUSA
Defendant's counsel: Troy Stabenow
Probation officer: Jaime Drummond

PROCEEDINGS IN COURTROOM:   Above parties present.   Court accepts plea of guilty and adjudication of guilt.   Motion for continuance (doc #42) denied.   There are no objections to the Presentence Report and Court adopts P.S.I.R. without change.   Court asserts statutory guidelines.   Counsel makes sentence recommendations.   Defendant accorded allocution.

SENTENCE: Defendant committed to custody of BOP for a period of 30 months on Count 1 of the Indictment; followed by 1 year supervised release on Count 1 of the Indictment. FINE: waived; MSA: $100.   Standard/Additional Conditions of Supervision imposed. Defendant remanded to custody of USM.   Dft advised of right to appeal.

Court Reporter: Denise Halasey
Courtroom Deputy: Carrie James